**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ROLAND CARLY SAINTLOT,**

    **Plaintiff,**

**v.**                                             Case No. 3:18cv1335-RV-CJK

**OFFICER PEACOCK, OFFICER**
**ERICAHERSON, OFFICER NUNN,**
**and SERGEANT MEDDERS,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 16, 2018 (doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be

adopted.

Accordingly, it is now **ORDERED** as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is GRANTED for the limited purpose of dismissing this action.

2. This action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

3. The clerk shall close the file.

**DONE AND ORDERED** this 15th day of June, 2018.

/s/Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**